JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, an individual, on her own behalf and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 09-04152 JCS<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(a))** |

1     WHEREAS, on September 28, 2009, plaintiff Marika Hamilton ("Plaintiff") mailed the summons and complaint in this matter ("Complaint") to defendant Wells Fargo Bank, N.A. ("Defendant");

    WHEREAS, Defendant has acknowledged receipt of the summons and Complaint;

    WHEREAS, Defendant's current deadline to answer or otherwise respond to the Complaint is November 27, 2009;

    WHEREAS, Plaintiff has agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint;

    NOW THEREFOR, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that:

    1.     The time for Defendant to answer or otherwise respond to the Complaint shall be extended until and including December 11, 2009; and

    2.     This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: November 20, 2009     K AMBER E DELSON, LLC

By:    /s/ Steven L. Lezell
        Steven L. Lezell

Attorneys for Plaintiff
Marika Hamilton

DATED: November 20, 2009     SEVERSON & WERSON
    A Professional Corporation

Dated: 11/23/9     By:    /s/ Kalama M. Lui-Kwan
        Kalama M. Lui-Kwan

Attorneys for Defendant
Wells Fargo Bank, N.A.

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Steven L. Lezell.