JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, an individual, on her own behalf and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 09-04152 CW<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 6-1(a))** |

1 | WHEREAS, on December 18, 2009, defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed motions to strike and to dismiss the initial complaint by plaintiff Marika Hamilton ("Plaintiff");

2 | WHEREAS, on April 12, 2010, the Court entered an order granting in part the motion to strike and granting the motion to dismiss with leave to amend Plaintiff's fraud and Truth In Lending Act claims ("Order");

3 | WHEREAS, the Order states that "[i]f no second amended complaint is filed, Defendant must file an answer to the remaining claims within four weeks from the date of this order", but does not set a deadline by which Wells Fargo must file an answer or other response to an amended complaint;

4 | WHEREAS, on April 26, 2010, Plaintiff filed a First Amended Class Action Complaint ("FAC");

5 | WHEREAS, under the Federal Rules of Civil Procedure, Wells Fargo's current deadline to answer or otherwise respond to the FAC is May 13, 2010;

6 | WHEREAS, Plaintiff has agreed to extend the deadline for Defendant to answer or otherwise respond to the FAC by two weeks; and

7 | WHEREAS, the agreed-upon extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFOR, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that:

1. The time for Wells Fargo to answer or otherwise respond to the FAC shall be extended until and including May 27, 2010; and

2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: May 12, 2010

KAMBEREDELSON, LLC

By: ___/s/ Evan M. Meyers___
Evan M. Meyers
(admitted *pro hac vice*)

Attorneys for Plaintiff
Marika Hamilton

| | | |
|---|---|---|
| 1 | DATED: May 12, 2010 | SEVERSON & WERSON |
| 2 | | A Professional Corporation |
| 3 | | By: /s/ Kalama M. Lui-Kwan |
| 4 | | Kalama M. Lui-Kwan |
| 5 | | Attorneys for Defendant |
| | | Wells Fargo Bank, N.A. |

6  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

7  under penalty of perjury that concurrence in the filing of the document has been obtained from Evan

8  M. Meyers.

**IT IS SO ORDERED**
*Claudia Wilken*
Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -