Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Counsel for Plaintiff Marika Hamilton*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, individually and on behalf of a class of similarly situated individuals,<br><br>                    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>                    Defendant. | Case No. C 09-4152 CW<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>Hon. Claudia Wilken |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED**:**

  1. Plaintiff's deadline for filing any opposition to Defendant's Motion to Dismiss is extended from June 24, 2010 to July 8, 2010.  Defendant's reply brief, if any, shall be due by July 29, 2010.

  2. The hearing on Wells Fargo's Motion to Dismiss (Dkt. 44) is re-set to **August 12, 2010.**

  3. This extension is granted without prejudice to the Plaintiff's ability to seek leave to amend via an appropriate Motion or further stipulation of the Parties.

Dated:  **6/28/2010**

               _/s/ Claudia Wilken_____
               Hon. Claudia Wilken
               United States District Judge

[Proposed] Order Granting Stipulation to Extend Time for Filing Opposition to Motion to Dismiss
No. C 09-4152 CW