Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Counsel for Plaintiff Marika Hamilton*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. C 09-4152 CW<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT<br><br>Hon. Claudia Wilken |

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED**:**

1. Plaintiff is hereby granted leave to file a Second Amended Class Action Complaint no later than 14 days following the date of this Order.

2. Defendant shall answer or otherwise respond to the Second Amended Complaint no later than 21 days thereafter.

3. The hearing on Defendant's Motion to Dismiss presently set for August 12, 2010 at 2:00 pm is hereby taken off the call.

Dated: __7/12/2010_____                    _____
                                                                        Hon. Claudia Wilken
                                                                        United States District Judge

[Proposed] Order Granting Plaintiff Leave to File Second Amended Complaint
No. C 09-4152 CW