1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11  MARIKA HAMILTON, an individual, on her      Case No.:  CV 09-04152 CW
    own behalf and on behalf of all others similarly
12  situated                                    CLASS ACTION
13              Plaintiff,                      **ORDER RE PRETRIAL AND TRIAL
14       v.                                     DEADLINES**
15  WELLS FARGO BANK, N.A.,
16              Defendant.
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the parties' November 11, 2010 Stipulation Regarding Briefing Schedule on the Motion for Class Certification, and good cause appearing,

IT IS HEREBY ORDERED that the pretrial and trial dates set by the April 13, 2010 order in this matter shall be continued by approximately 90 days as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Disclosure Of Identities/Reports Of Class Expert Witnesses | 11/19/10 | 2/18/**11** |
| Completion Of Merit Expert Discovery | 12/2/10 | 3/2/**11** |
| Completion Of Class Expert Discovery | 12/20/10 | 3/18/**11** |
| Plaintiff's Class Certification Motion Due | 2/10/11 | 5/**12**/11 |
| Completion Of Class Fact Discovery | 3/1/11 | 6/1/11 |
| Defendant's Opposition Due | 4/8/11 | 7/**7**/11 |
| Plaintiff's Reply Due | 5/12/11 | 8/**11**/11 |
| Class Certification To Be Heard At 2 P.M. | 5/26/11 | 8/25/11 |
| Date Of Next Case Management Conference | 5/26/11 | 8/25/11 |
| Disclosure Of Identities/Reports Of Merit Expert Witnesses | 10/17/11 | 1/17/12 |
| Completion Of Merit Fact Discovery | 12/2/11 | 3/2/12 |
| All Case-Dispositive Motions To Be Heard At 2:00 P.M. On Or Before | 3/8/12 | **5/31**/12 |
| Final Pretrial Conference At 2:00 P.M. On | 5/22/12 | 8/21/12 |
| A 10 Day Jury Trial Will Begin At 8:30 A.M. On | 6/4/12 | 9/4/12 |

IT IS SO ORDERED.

DATED: November **15**, 2010

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

ORDER RE PRETRIAL AND TRIAL DEADLINES