Sean Reis (SBN 184044)
EDELSON MCGUIRE LLP
Lakeview Tower
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Tel: (949) 459-2124
Fax: (949) 459-2123
sreis@edelson.com

*Counsel for Plaintiff Marika Hamilton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, an individual, on her own behalf and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 09-04152 CW<br><br>CLASS ACTION<br><br>**ORDER REGARDING PRETRIAL AND TRIAL DEADLINES**<br><br>Hon. Claudia Wilken |

Having reviewed the parties' April 15, 2011 Stipulation Regarding Pretrial and Trial Deadlines, and good cause appearing,

IT IS HEREBY ORDERED that the pretrial and trial dates set by the February 10, 2011 Order in this matter shall be continued by approximately 90 days as follows:

| Event | Original Date | Proposed Date |
|---|---|---|
| Disclosure Of Identities/Reports Of Class Expert Witnesses | 4/15/11 | 7/15/11 |
| Completion Of Merit Expert Discovery | 5/4/11 | 8/4/11 |
| Completion Of Class Expert Discovery | 5/20/11 | 8/22/11 |
| Plaintiff's Class Certification Motion Due | 7/14/11 | 10/**13**/11 |
| Completion Of Class Fact Discovery | 8/3/11 | 11/3/11 |
| Defendant's Opposition Due | 9/8/11 | 12/8/11 |
| Plaintiff's Reply Due | 10/13/11 | 1/**12**/12 |
| Class Certification To Be Heard At 2 P.M. | 10/27/11 | 1/26/12 |
| Date Of Next Case Management Conference | 10/27/11 | 1/26/12 |
| Disclosure Of Identities/Reports Of Merit Expert Witnesses | 3/14/12 | 6/14/12 |
| Completion Of Merit Fact Discovery | 5/4/12 | 8/3/12 |
| All Case-Dispositive Motions To Be Heard At 2:00 P.M. On Or Before | 8/2/12 | 11/1/12 |
| Final Pretrial Conference At 2:00 P.M. On | 10/23/12 | 1/15/13 |
| A 10 Day Jury Trial Will Begin At 8:30 A.M. On | 11/5/12 | 2/**4**/13 |

IT IS SO ORDERED.

DATED:  April 18, 2011

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE