Sean Reis (SBN 184044)
Edelson McGuire, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
949-459-2124 (phone)
949-459-2123 (fax)
sreis@edelson.com

*Attorney for Plaintiff*,
Marika Hamilton and the putative class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, an individual, on her own behalf and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 09-04152 CW<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] **ORDER REGARDING PRETRIAL AND TRIAL DEADLINES**<br><br>Hon. Claudia Wilken |

The Court, having considered the parties' Stipulation Regarding Pretrial and Trial Deadlines, and good cause shown, hereby ORDERS that each of the remaining pretrial and trial dates set by the April 18, 2011 Order shall be continued as follows:

| Event | Original Date | New Date |
|---|---|---|
| Disclosure Of Identities/Reports Of Class Expert Witnesses | 7/15/11 | 9/15/11 |
| Completion Of Merit Expert Discovery | 8/4/11 | 9/13/12 |
| Completion Of Class Expert Discovery | 8/22/11 | 10/21/11 |
| Plaintiff's Class Certification Motion Due | 10/13/11 | 10/15/11 |
| Completion Of Class Fact Discovery | 11/3/11 | 1/3/12 |
| Defendant's Opposition Due | 12/8/11 | 2/9/12 |
| Plaintiff's Reply Due | 1/12/12 | 3/8/12 |
| Class Certification To Be Heard At 2 P.M. | 1/26/12 | 3/22/12 |
| Date Of Next Case Management Conference | 1/26/12 | 3/22/12 |
| Disclosure Of Identities/Reports Of Merit Expert Witnesses | 6/14/12 | 8/16/12 |
| Completion Of Merit Fact Discovery | 8/3/12 | 10/11/12 |
| All Case-Dispositive Motions To Be Heard At 2:00 P.M. On Or Before | 11/1/12 | 1/3/13 |
| Final Pretrial Conference At 2:00 P.M. On | 1/15/13 | 3/12/13 |
| A 10 Day Jury Trial Will Begin At 8:30 A.M. On | 2/4/13 | 4/8/13 |

DATED: 7/7/2011

_____
Honorable Claudia Wilken

[~~PROPOSED~~] ORDER RE PRETRIAL AND TRIAL DEADLINES