Sean Reis (SBN 184004)
sreis@edelson.com
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

Jay Edelson (admitted *pro hac vice*)
jedelson@edelson.com
Steven L. Woodrow (admitted *pro hac vice*)
swoodrow@edelson.com
Evan M. Meyers (admitted *pro hac vice*)
emeyers@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*ATTORNEYS FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MARIKA HAMILTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. C 09-4152 CW<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE AND SERVE A CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>The Honorable Claudia Wilken |

Having considered Plaintiff's Motion for Leave to File and Serve a Consolidated Amended Class Action Complaint, the Court hereby orders:

1. Plaintiff shall be granted leave to file and serve a Consolidated Amended Class Action Complaint;

2. **Plaintiff shall do so forthwith.**

IT IS SO ORDERED, this  25th   day of   January  , 2011.

                Entered:

                _____
                United States District Court Judge

Order Granting Leave to File and Serve a
Consolidated Amended Class Action Complaint
Case No. C 09-4152 CW