JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, an individual, on her own behalf and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 09-04152 CW<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER REGARDING PRELIMINARY APPROVAL TO CLASS ACTION SETTLEMENT** |

1    Having reviewed the parties' January 26, 2012 Stipulation Regarding Preliminary Approval
2 To Class Action Settlement, and good cause appearing,
3    IT IS HEREBY ORDERED that the order entered on January 25, 2012 (Dkt. No. 77)
4 ("January 25, 2012 Order") shall be amended as follows:
5    1.    Paragraph 11 of the January 25, 2012 Order shall be amended to state as follows: "The
6 Defendant shall launch and maintain a website that will provide full information about the Settlement
7 and will allow former customers to download Claim Forms via the settlement website by February
8 14, 2012."
9    2.    Paragraph 29 of the January 25, 2012 Order shall be amended to state as follows:
10 "1. Defendant shall cause the Long Form Notice to be published on the Settlement Website:
11 February 14, 2012."
12    IT IS SO ORDERED.
13 DATED: January 27, 2012

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE