JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, an individual, on her own behalf and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.:  CV 09-04152 CW<br><br>CLASS ACTION<br><br>**ORDER ON WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION TO MAINTAIN CONFIDENTIAL INFORMATION UNDER SEAL** |

1  Having reviewed the Wells Fargo Bank, N.A.'s March 21, 2012 Administrative Motion To Maintain Confidential Information Under Seal, Plaintiffs' redacted and highlighted versions of a document marked as "Exhibit C" ("Expert Report") in support of their motion for attorneys' fees, expenses, and incentive award ("Fees Motion"), Plaintiffs' redacted and highlighted versions of the Fees Motion, and the March 23, 2012 Declaration Of Kalama M. Lui-Kwan In Support Of Administrative Motion To Maintain Confidential Information Under Seal And In Response To March 22, 2012 Order, and good cause appearing, IT IS HEREBY ORDERED as follows:

    1. The following portions of the Fees Motion shall remain under seal:

        a. Page 27, lines 12.5 - 14.5 and 15; and

        b. Page 28, line 8.

    2. The following portions of the Expert Report shall remain under seal:

        a. Page 1, paragraph 1, line 8;

        b. Page 3, final paragraph, second sentence;

        c. Page 4, paragraph 2, second sentence;

        d. Page 4, paragraph 4, second sentence;

        e. Page 4, paragraph 5, first half of second sentence;

        f. Page 6, second paragraph, second half of first sentence;

        g. Page 6, second to last paragraph, second half of first sentence;

        h. Page 10, HELOCs reinstated;

        i. Page 10, Success Rate;

        j. Page 10, Number; and

        k. Page 11, both instances of "Proactive Reinstatement Past #".

    3. Within one day, Class Counsel shall post the Fees Motion and Expert Report, redacted pursuant to this order, to the class action website.

    4. Class members shall have fourteen days from the date the redacted documents are posted to the website to submit objections. The April 5, 2012 deadline for objections shall be

//

//

1 | extended accordingly.  Class Counsel shall modify the website to inform class members of the
2 | extended deadline.
3 |     IT IS SO ORDERED.
4 | DATED:  March **26**, 2012
5 |     THE HONORABLE CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE