JOHN B. SULLIVAN (State Bar No. 96742)
jbs@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, an individual, on her own behalf and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.:  CV 09-04152 CW<br><br>CLASS ACTION<br><br>**ORDER ON WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION TO MAINTAIN CONFIDENTIAL INFORMATION UNDER SEAL** |

**1**   Having reviewed the Wells Fargo Bank, N.A.'s March 21, 2012 Administrative Motion To
**2** Maintain Confidential Information Under Seal, Plaintiffs' redacted and highlighted versions of a
**3** document marked as "Exhibit C" ("Expert Report") in support of their motion for attorneys' fees,
**4** expenses, and incentive award ("Fees Motion"), Plaintiffs' redacted and highlighted versions of the
**5** Fees Motion, and the March 23, 2012 Declaration Of Kalama M. Lui-Kwan In Support Of
**6** Administrative Motion To Maintain Confidential Information Under Seal And In Response To
**7** March 22, 2012 Order, and good cause appearing, IT IS HEREBY ORDERED as follows:
**8**   1.   The following portions of the Fees Motion shall remain under seal:
**9**     a.   Page 27, lines 12.5 - 14.5 and 15; and
**10**     b.   Page 28, line 8.
**11**   2.   The following portions of the Expert Report shall remain under seal:
**12**     a.   Page 1, paragraph 1, line 8;
**13**     b.   Page 3, final paragraph, second sentence;
**14**     c.   Page 4, paragraph 2, second sentence;
**15**     d.   Page 4, paragraph 4, second sentence;
**16**     e.   Page 4, paragraph 5, first half of second sentence;
**17**     f.   Page 6, second paragraph, second half of first sentence;
**18**     g.   Page 6, second to last paragraph, second half of first sentence;
**19**     h.   Page 10, HELOCs reinstated;
**20**     i.   Page 10, Success Rate;
**21**     j.   Page 10, Number; and
**22**     k.   Page 11, both instances of "Proactive Reinstatement Past #".
**23**   3.   Within one day, Class Counsel shall post the Fees Motion and Expert Report,
**24** redacted pursuant to this order, to the class action website.
**25**   4.   Class members shall have fourteen days from the date the redacted documents are
**26** posted to the website to submit objections.  The April 5, 2012 deadline for objections shall be
**27** //
**28** //

1  extended accordingly.  Class Counsel shall modify the website to inform class members of the
2  extended deadline.
3           IT IS SO ORDERED.
4  DATED:  March **26**, 2012

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE