IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, MICHAEL HICKMAN, JEFFREY and ELLEN YELLIN, and BRENDAN O'LEARY, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., for itself and as a successor in interest to GOLDEN WEST BANK, WACHOVIA BANK, and WELLS FARGO FINANCIAL / NOWLINE BANK,<br><br>    Defendant.<br>_____/ | No. C 09-4152 CW<br><br>ORDER REGARDING PLAINTIFFS' MAY 2, 2012 SUPPLEMENTAL DECLARATION AND PROPOSED ORDER |

On April 26, 2012 the Court held a hearing on Plaintiffs' motion for final approval of the settlements in the consolidated actions, as well as their request for attorneys' fees and costs. At the hearing, the Court ordered Plaintiffs' counsel to submit a revised version of their proposed order and a supplemental declaration providing more documentation in support of their attorneys' fee request.

Having reviewed Plaintiffs' May 2, 2012 filings, the Court notes that in the supplemental declaration there are errors in the

lodestar calculations for Jay Edelson and Steven Woodrow, and a small discrepancy between the asserted amount of total costs and the costs provided in the attached record of expenses. In addition, the asserted lodestar amount does not match the total fees, as a sum of the fee amounts for each phase of the litigation. Paragraph seventeen of the proposed order includes two different lodestar multipliers and includes the cost amount in the calculation of the lodestar multiplier. Plaintiffs shall review these errors and submit an amended declaration and revised proposed order, reflecting the corrections, within five days.

IT IS SO ORDERED.

Dated: 5/7/2012

CLAUDIA WILKEN
United States District Judge