IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIKA HAMILTON,

    Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

No. C 09-4152 CW

ORDER REGARDING MOTION FOR SPECIAL AND LIMITED INTERVENTION

On July 19, 2012, Florin V. Ivan filed a motion for special and limited intervention, seeking permission to intervene in this case for the limited purpose of submitting an untimely exclusion form, and asking the Court to accept the late form.

On August 2, 2012, the Court took the motion under submission on the papers and vacated the hearing on the motion. Later that day, Class Counsel filed a statement of non-opposition to Ivan's motion. Defendant Wells Fargo also filed a response, stating that it does not object to Ivan's request for permission to intervene, but reserving its right to respond to Ivan's request for exclusion from the settlement class at the hearing on the motion to intervene.

Having vacated the hearing on the motion to intervene, the Court GRANTS Wells Fargo permission to file a supplemental response to Ivan's motion, setting forth any opposition it has to his request that the Court accept his untimely exclusion form. Wells Fargo shall file its supplemental response within five days of the date of this Order in a brief of five pages or less. Ivan

may submit a reply of five pages or less within two weeks of the date on which Wells Fargo serves its supplemental response.

IT IS SO ORDERED.

Dated: 8/3/2012

CLAUDIA WILKEN
United States District Judge