IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIKA HAMILTON, | No. C 09-4152 CW |
| Plaintiff, | ORDER GRANTING MOTION FOR SPECIAL AND LIMITED INTERVENTION (Docket No. 114) |
| v. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

On July 19, 2012, Florin V. Ivan filed a motion for special and limited intervention, seeking permission to intervene in this case for the limited purpose of submitting an untimely exclusion form, and asking the Court to accept the late form.

Class Counsel and Defendant Wells Fargo have each filed statements of non-opposition to Ivan's motion. See Docket Nos. 118, 119, 121. Having considered the papers filed by Ivan and the other parties, the Court GRANTS Ivan's motion to intervene and finds good cause to accept his exclusion form after the exclusion deadline has passed (Docket No. 114).

The Court accepts Ivan's exclusion form and finds that he has validly excluded himself from the Settlement for which this Court granted final approval on May 14, 2012. Accordingly, Ivan is not bound by the terms and conditions of the Settlement Agreement.

IT IS SO ORDERED.

Dated: 8/9/2012

CLAUDIA WILKEN
United States District Judge